FILED by **RB** D.C.

Mar 24, 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## 16-20188-CR-SCOLA/OTAZO-REYES

CASE NO. _____

18 U.S.C. § 1951(a)
18 U.S.C. § 924(c)(1)(A)(i)
18 U.S.C. § 924(c)(1)(A)(ii)
18 U.S.C. § 924(c)(1)(A)(ii) and (iii)
21 U.S.C. § 841(a)(1)
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(d)(1)
18 U.S.C. § 981(a)(1)(C)
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

ANDREW JASON BRYANT,

    **Defendant.**
_____/

### INDICTMENT

The Grand Jury charges that:

### COUNT 1
**Hobbs Act Robbery**
**(18 U.S.C. § 1951(a))**

On or about January 23, 2016, in Miami-Dade County, in the Southern District of Florida, the defendant,

**ANDREW JASON BRYANT,**

did knowingly and unlawfully obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "robbery" and "commerce" are defined in Title 18, United States Code, Section 1951(b)(1) and (b)(3), in that the defendant did take United States currency and other property from the person and in the presence of a person employed by the 18th Avenue Market, located at 6600 NW 18th Avenue, Miami, Florida, a

business and company operating in interstate and foreign commerce, against the will of that person, by means of actual and threatened force, violence, and fear of injury to said person, in violation of Title 18, United States Code, Section 1951(a).

## COUNT 2
### Brandishing and Discharging a Firearm in Furtherance of a Crime of Violence
### (18 U.S.C. § 924(c)(1)(A)(ii) and (iii))

On or about January 23, 2016, in Miami-Dade County, in the Southern District of Florida, the defendant,

**ANDREW JASON BRYANT,**

did knowingly use and carry a firearm during and in relation to a crime of violence, and did knowingly possess a firearm in furtherance of a crime of violence, an offense for which the defendant may be prosecuted in a court of the United States, specifically, a violation of Title 18 United States Code, Section 1951(a), as charged in Count 1 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

Pursuant to Title 18, United States Code, Section 924(c)(1)(A)(ii) and (iii), it is further alleged that the firearm was brandished and discharged.

## COUNT 3
### Hobbs Act Robbery
### (18 U.S.C. § 1951(a))

On or about January 25, 2016, in Miami-Dade County, in the Southern District of Florida, the defendant,

**ANDREW JASON BRYANT,**

did knowingly and unlawfully obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "robbery" and "commerce" are defined in Title 18, United States Code, Section 1951(b)(1) and (b)(3), in that the defendant did

take property from the person and in the presence of a person employed by the Exxon Gas Station, located at 16700 NW 17th Avenue, Miami Gardens, Florida, a business and company operating in interstate and foreign commerce, against the will of that person, by means of actual and threatened force, violence, and fear of injury to said person, in violation of Title 18, United States Code, Section 1951(a).

## COUNT 4
### Brandishing a Firearm in Furtherance of a Crime of Violence
### (18 U.S.C. § 924(c)(1)(A)(ii))

On or about January 25, 2016, in Miami-Dade County, in the Southern District of Florida, the defendant,

**ANDREW JASON BRYANT,**

did knowingly use and carry a firearm during and in relation to a crime of violence, and did knowingly possess a firearm in furtherance of a crime of violence, an offense for which the defendant may be prosecuted in a court of the United States, specifically, a violation of Title 18 United States Code, Section 1951(a), as charged in Count 3 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

Pursuant to Title 18, United States Code, Section 924(c)(1)(A)(ii), it is further alleged that the firearm was brandished.

## COUNT 5
### Possession with Intent to Distribute a Controlled Substance
### (21 U.S.C. § 841(a)(1))

On or about January 25, 2016, in Miami-Dade County, in the Southern District of Florida, the defendant,

**ANDREW JASON BRYANT,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

Pursuant to Title 21, United States Code, Section 841(b)(1)(D), it is further alleged that this violation involved a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

## COUNT 6
### Possession of a Firearm in Furtherance of a Drug Trafficking Crime
### (18 U.S.C. § 924(c)(1)(A)(i))

On or about January 25, 2016, in Miami-Dade County, in the Southern District of Florida, the defendant,

**ANDREW JASON BRYANT,**

did knowingly possess a firearm in furtherance of a drug trafficking crime, a felony offense for which the defendant may be prosecuted in a court of the United States, that is, a violation of Title 21, United States Code, Section 841(a)(1), as charged in Count 5 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 7
### Possession of a Firearm and Ammunition by a Convicted Felon
### (18 U.S.C. § 922(g)(1))

On or about January 25, 2016, in Miami-Dade County, in the Southern District of Florida, the defendant,

**ANDREW JASON BRYANT,**

having been previously convicted of a crime punishable by imprisonment for a term exceeding

4

one year, did knowingly possess a firearm and ammunition, in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendant, **ANDREW JASON BRYANT**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1951(a), as alleged in this Indictment, the defendant shall forfeit the following property to the United States of America:

(a) Any property, real or personal, which constitutes or is derived from proceeds traceable to such violation, pursuant to Title 18, United States Code, Section 981(a)(1)(C); and

(b) Any firearm or ammunition involved or used in the commission of such violation, pursuant to Title 18, United States Code, Section 924(d)(1).

3. Upon conviction of a violation of Title 18, United States Code, Section 924(c), or Title 18, United States Code, Section 922(g), as alleged in this Indictment, the defendant shall forfeit the following property to the United States of America: any firearm or ammunition involved or used in the commission of such violation, pursuant to Title 18, United States Code, Section 924(d)(1).

4. Upon conviction of a violation of Title 21, United States Code, Section 841, as alleged in this Indictment, the defendant shall forfeit the following property to the United States of America:

(a) Any property, constituting or derived from, any proceeds obtained, directly or indirectly, as the result of such violation pursuant to Title 21, United States Code, Section 853(a)(1); and

(b) Any property, used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such violation pursuant to Title 21, United States Code, Section 853(a)(2).

All pursuant to Title 18, United States Code, Sections 924(d)(1) and 981(a)(1)(C), and the procedures set forth at Title 21, United States Code, Section 853, made applicable by Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
JONATHAN E. KOBRINSKI
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| vs. | |
| ANDREW JASON BRYANT, | **CERTIFICATE OF TRIAL ATTORNEY*** |
| Defendant. _____ / | **Superseding Case Information:** |

**Court Division**: (Select One)

| | | | New Defendant(s) | Yes ____ No ____ |
|---|---|---|---|---|
| _X_ Miami | ____ Key West | | Number of New Defendants | ____ |
| ____ FTL | ____ WPB | ____ FTP | Total number of counts | ____ |

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)  No
   List language and/or dialect  _____

4. This case will take  _3-5_  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                                    (Check only one)
   I   0  to  5 days     _x_            Petty           ____
   II  6  to 10 days     ____           Minor           ____
   III 11 to 20 days     ____           Misdem.         ____
   IV  21 to 60 days     ____           Felony          _x_
   V   61 days and over  ____

6. Has this case been previously filed in this District Court?  (Yes or No)  No
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No)  No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No)  No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  Yes ____ No _x_

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?  Yes ____ No _x_

                                            _____
                                            JONATHAN E. KOBRINSKI
                                            ASSISTANT UNITED STATES ATTORNEY
                                            Court I.D. No. A5501893

*Penalty Sheet(s) attached                                              REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** ANDREW JASON BRYANT

**Case No:** _____

Counts #: 1 and 3

Hobbs Act Robbery

Title 18, United States Code, Section 1951(a)

**\*Max. Penalty:** 20 Years' Imprisonment

Counts #: 2, 4, and 6

Possession of a Firearm in Furtherance of a Crime of Violence or Drug Trafficking Crime

Title 18, United States Code, Section 924(c)(1)(A)

**\*Max. Penalty:** Life Imprisonment

Count #: 5

Possession With Intent to Distribute a Controlled Substance

Title 21, United States Code, Section 841(a)(1)

**\*Max. Penalty:** 20 Years' Imprisonment

Count #: 7

Possession of a Firearm and Ammunition by a Convicted Felon

Title 18, United States Code, Section 922(g)(1)

**\*Max. Penalty:** 10 Years' Imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.