UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20188-CR-RNS

UNITED STATES OF AMERICA

vs.

ANDREW JASON BRYANT,

    **Defendant.**
_____/

## FACTUAL STIPULATION

The United States Attorney's Office for the Southern District of Florida ("this Office") and Andrew Jason Bryant (hereinafter referred to as "Bryant" or the "defendant"), agree that at trial, the United States would have proven the following facts beyond any reasonable doubt:

On January 23, 2016, Bryant robbed the 18th Avenue Market, a 24-hour convenience store located at 6600 NW 18th Avenue, Miami, Florida. The market sells a number of goods sourced from out of state, including cigarettes, candy, beverages, beer and wine. As a result of the robbery, the store lost money and property and suffered depletion of assets; it had to close in order to allow the investigators access to collect evidence. An employee recognized Bryant as "A.J." and let him use the store's bathroom. Shortly thereafter, Bryant came out of the bathroom, and pulled a firearm out and demanded the employee open the store's cash register. Bryant went around the counter and stole approximately $900 in cash as well as numerous lottery tickets. As another employee drew nearer, and during the robbery, Bryant discharged a single shot, which did not strike anyone. The robbery was video recorded and the employees identified Bryant in 6-person photographic lineups. The store's surveillance footage is from an angle of above the register and does not show the discharge, but clearly depicts Bryant stealing from the register and

holding a firearm.  By his actions during the robbery, Bryant placed store employees in fear for their lives.

On January 25, 2016, Bryant robbed the Exxon Gas Station located at 16700 NW 17th Avenue, Miami Gardens, Florida.  The store's market sells a number of items in interstate commerce and also suffered depletion of assets in that it had to close in order to allow the investigators access to collect evidence.  Bryant, after displaying the gun, stole approximately $200 worth of lottery tickets from the store.  Before committing the robbery, Bryant asked to use the store telephone, and called his girlfriend.  The lead detective used the lead based on the phone call and contacted his girlfriend to ask her who previously called her from that number.  The girlfriend stated it was Andrew Bryant and gave the detective a copy of a voicemail left by Andrew Bryant on her phone, which further confirms he called from the gas station's telephone. The clerk identified Bryant as the robber in a six-person photographic lineup.  Store surveillance footage depicts the armed robbery, but the video is not as clear as the first video from January 23, 2016.  The clerk's identification and the phone call made to his girlfriend, with the recorded message, establish that Bryant was the perpetrator of the robbery.  By his actions during the robbery, Bryant placed the store employee in fear for his life.

In both robberies, Bryant carried and used, and brandished a real firearm, that is a pistol, to intimidate and threaten the employees to accomplish the robberies.  In the first robbery, Bryant also fired a round from the pistol during and in furtherance of completing the robbery.

This is not a complete factual recitation of the circumstances of this case, but is agreed to for the purpose of providing a factual basis for the Defendant's guilty plea.

WIFREDO A. FERRER
UNITED STATES ATTORNEY

Date: 8/16/16    By: *(signature)*
JONATHAN KOBRINSKI
ASSISTANT UNITED STATES ATTORNEY

Date: 8-16-16    By: *(signature)*
SCOTT SAKIN
ATTORNEY FOR DEFENDANT

Date: 8-16-16    By: *(signature)*
ANDREW JASON BRYANT
DEFENDANT